

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| JUAN MANUEL VALADEZ, III, | § | No. 08-19-00222-CV |
| Appellant, | § | Appeal from the |
| v. | § | 65th District Court |
| D. S. and A. A., | § | of El Paso County, Texas |
| Appellees. | § | (TC# 2019DCM5325) |
|  | § |  |

### **O RDER**

In order to protect the identity of the Appellees who are the subject of this appeal, the Court has determined on its own motion that it is necessary to identify Appellees by their initials, D. S. and A. A., in all papers submitted to the Court, including letters, motions, and briefs. *See* TEX.R.APP.P. 9.8(c). Additionally, the parties are required to identify the Appellees by initials or an alias as required by Rule 9.8(c). All documents must be redacted accordingly. The Court will likewise use initials to identify Appellees in correspondence, orders, and in its opinion and judgment.

IT IS SO ORDERED this 4th day of September, 2019.

PER CURIAM